**FILED**

OCT 2 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-12-00724 LHK |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER CONTINUING DETENTION HEARING |
| vs. | ) | |
| DEVON HENRIQUE PAJAS, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the detention hearing currently set for Friday, October 26, 2012, shall be continued to Tuesday, October 30, 2012, at 1:30 p.m.

Dated: October 25, 2012

_____
HON. HOWARD R. LLOYD
United States Magistrate Judge

[Proposed] Order Continuing Detention Hearing
CR 12-00724 LHK                               1