IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00724 LHK |
| Plaintiff, | ) ) | [PROPOSED] ORDER RE: COMPETENCY EVALUATION |
| v. | ) ) | |
| DEVON HENRIQUE PAJAS, | ) ) | |
| Defendant. | ) ) | |

Good cause appearing, it is hereby ordered that defendant Devon Henrique Pajas is committed to the custody of the Attorney General for an evaluation of Mr. Pajas' mental competency pursuant to 18 U.S.C. § 4247(b). A psychiatric or psychological report shall be filed with the Court and provided to the parties in accordance with the requirements of 18 U.S.C. § 4247.

It is further ordered that the United States Marshals Service shall deliver defendant Devon Henrique Pajas, within ten days of the date of this Order, to the Federal Medical Center designated by the Attorney General for conduct of the competency evaluation.

It is so ordered.

Dated: November 19, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[Proposed] Order re: Competency Evaluation
CR 12-00724 LHK                    1