IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00724 LHK |
| Plaintiff, | ) ) ) | [PROPOSED] ORDER CONTINUING DETENTION HEARING STATUS |
| vs. | ) ) | |
| DEVON HENRIQUE PAJAS, | ) ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Wednesday, November 21, 2012, shall be continued to Wednesday, January 2, 2013, at 9:00 a.m.

It is further ordered that the time through and including January 2, 2013, shall be excluded from the computation of the time within which trial shall commence, due to Mr. Pajas' anticipated absence from the district during his transportation to the FMC and during the FMC's examination of him, pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(3)(A).

Dated: November 19, 2012

/s/ Lucy H. Koh
HON. LUCY H. KOH
United States District Judge

[Proposed] Order Continuing Hearing
CR 12-00724 LHK          1