IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>DEVON HENRIQUE PAJAS,<br><br>  Defendant. | No. CR-12-00724 LHK<br><br>[~~PROPOSED~~] ORDER CONTINUING DETENTION HEARING |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently set for Wednesday, January 2, 2013, shall be advanced to Wednesday, December 12, 2012, at 9:00 a.m.

Dated: December 11, 2012

_____
HON. LUCY H. KOH
United States District Judge

[~~Proposed~~] Order Advancing Hearing
CR 12-00724 LHK                                    1