1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT

8    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SAN JOSE DIVISION

10   UNITED STATES OF AMERICA,                )    No. CR 12-00724 LHK
                                              )
11              Plaintiff,                    )    [PROPOSED] ORDER FINDING
                                              )    DEFENDANT INCOMPETENT AND
12   v.                                       )    COMMITTING DEFENDANT PURSUANT
                                              )    TO 18 U.S.C. § 4241(d) AND EXCLUDING
13   DEVON HENRIQUE PAJAS,                    )    TIME TO JUNE 5, 2013
                                              )
14              Defendant.                    )
     _____)

15

16          Having reviewed the Forensic Evaluation (hereinafter "Evaluation"), dated February 28,

17   2013, prepared by Forensic Unit Psychologist Cynthia A. Low, Ph.D., and reviewed by Chief

18   Psychologist Katherine Skellestad Winans, Ph.D., of the Federal Detention Center, SeaTac,

19   Washington, the Court finds by a preponderance of the evidence that defendant Devon Henrique

20   Pajas is presently suffering from a mental disease or defect rendering him mentally incompetent

21   to the extent that he is unable to understand the nature and consequences of the proceedings

22   against him or to assist properly in his defense.

23          The Court hereby orders that Mr. Pajas be committed to the custody of the Attorney

24   General, for hospitalization and treatment in a suitable facility for such a reasonable period of

25   time, not to exceed four months, as is necessary to determine whether there is a substantial

26   probability that in the foreseeable future he will attain the capacity to permit the proceedings to

1  go forward, pursuant to 18 U.S.C. § 4241(d)(1).

2       It is further ordered that the United States Marshals Service shall transport Mr. Pajas to

3  the facility designated by the Attorney General or his designee within 10 days of receipt of the

4  facility designation.

5       It is further ordered that the parties shall appear on Wednesday, June 5, 2013, at 9:00

6  a.m., for further hearing as to Mr. Pajas' mental status;  the personal presence of Mr. Pajas at this

7  hearing may be excused, to the extent that he remains in the custody of the Attorney General for

8  continued treatment necessary for restoration of his mental competence.  The time through and

9  including June 5, 2013, shall be excluded from the computation of time within which trial shall

10  commence, as a period of delay resulting from the fact of Mr. Pajas' mental incompetence,

11  pursuant to 18 U.S.C. § 3161(h)(4).

12

13  Dated: March __27, 2013

14                     HON. LUCY H. KOH
15                     United States District Judge

16

17

18

19

20

21

22

23

24

25

26