IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEVON HENRIQUE PAJAS,<br><br>    Defendant. | No. CR 12-00724 LHK<br><br>[PROPOSED] ORDER FOR RETURN TRANSPORT AND CONTINUED MEDICATION OF DEFENDANT DEVON PAJAS |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the United States Marshals Service and/or its agents and designees shall transport Mr. Pajas from the custody of the Bureau of Prisons to the Northern District of California, San Jose Division, within 10 days of the entry of this order.

It is further ordered that the United States Marshals Service, its agents and/or designees shall continue administration of psychotropic medications to Mr. Pajas as prescribed by the treating physicians of the Bureau of Prisons both during transport of Mr. Pajas and during his continued detention in the Northern District of California.

Dated: September 12, 2013

*Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge

[Proposed] Order Directing Return Transport and
Continued Medication of Defendant Pajas
CR 12-00724 LHK                                                  1